## WATTS v. WATTS.

ATKINSON, J. The exception is to a judgment overruling a motion for a new trial, in an action for divorce instituted by a wife. No complaint is made of any error of law committed on the trial. Though conflicting, the evidence was sufficient to authorize a verdict for the plaintiff, and there was no error in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except George, J., absent.*

No. 2265. MARCH 16, 1921.

Divorce. Before Judge Mathews. Bibb superior court. September 14, 1920.

*John R. Cooper* and *W. O. Cooper Jr.,* for plaintiff in error.

*Oliver C. Hancock,* contra.